# United States District Court
### WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | *(Felon in Possession of a Firearm)* |
| | 18 U.S.C. §§ 922(g)(1) and 924(a)(8) |
| v. | NMT 15 Years' Imprisonment |
| | NMT $250,000 Fine |
| VINOL WILSON, | NMT 3 Years' Supervised Release |
| [DOB: 07/03/1974] | Class C Felony |
| | |
| | $100 Mandatory Special Assessment |

## CRIMINAL COMPLAINT

**Case Number: 25-MJ-00070-WBG(JAM)**

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about May 20, 2025, in the Western District of Missouri, the defendant, **VINOL WILSON**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Stag Arms AR pistol, .556 caliber, bearing Serial Number W0055737, which had been transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

I further state that I am a Detective with the Jackson County Drug Task Force, and that this complaint is based on the following facts:

(See attached Affidavit),

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No.

*Michael McClure*
Mike McClure
Detective

Sworn to and subscribed to me by telephone,

May 20, 2025    at    Kansas City, Missouri
Date                                                City and State

HONORABLE JILL A. MORRIS
United States Magistrate Judge        *Jill A. Morris*
Name and Title of Judicial Officer        Signature of Judicial Officer